**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00881-CV

**ENTERISK GLOBAL ADVISORS, LLC AND BRAMLETTE BROWDER, Appellant**

**V.**

**SIA CAPITAL OPTIONS FUND, LP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07950**

## ORDER

The clerk's record in this case is incomplete. Accordingly, the Court **ORDERS** the district clerk to file on or before August 19, 2014 a supplemental clerk's record including the following items:

- Amended Petition dated November 15, 2013
- Counterclaim dated December 27, 2013
- Third Party Petition dated January 2, 2014
- Motion to Enter Judgment dated May 23, 2014

The Court **DIRECTS** the Clerk to send a copy of this order by electronic transmission to Gary Fitzsimmons, District Clerk.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE